NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALAN BOYD CURTIS,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-978
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____  )

Opinion filed October 17, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

Alan Boyd Curtis, pro se.


PER CURIAM.

            Affirmed.


LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.